IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 09-cr-00159-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSHUA LUIS RODRIGUEZ,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue said writ to the United States Marshal's Service requiring said United States Marshal to produce JOSHUA LUIS RODRIGUEZ, YOB 1985, before United States Magistrate Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the indictment and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this ___13th___ day of April, 2009.

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge