**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00159-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA LUIS RODRIGUEZ,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Sentencing hearing currently set for November 9, 2009 at 9:00 a.m. in Courtroom A602 of the Arraj Courthouse is RESET to November 9, 2009 **at 8:15 a.m.**

    DATED: October 14, 2009