**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00159-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA LUIS RODRIGUEZ,

    Defendant.

---

**ORDER FOR GOVERNMENT RESPONSE**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court on Defendant's Motion To Correct Errors Affecting Sentence (Doc. # 25). The Court hereby ORDERS that the Government shall file a statement of position or otherwise respond in writing to Doc. # 25 <u>no later than 5:00 p.m. April 1, 2010</u>.

    DATED: March 25, 2010